

TO: THE CLERK OF THE FOURTEENTH COURT OF APPEALS FOR THE 14TH SUPREME JUDICIAL DISTRICT OF TEXAS
(Criminal Appeal)

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:35:03 PM
CHRISTOPHER A. PRINE
Clerk

Cause No: **12-DCR-062011**

FROM THE 268TH JUDICIAL DISTRICT COURT
FORT BEND COUNTY, TEXAS

| WALTER JACKSON, JR | **Judge Presiding:** |
|---|---|
| VS | BRADY G ELLIOTT |
| THE STATE OF TEXAS | **Court Reporter:** |
| | MINDY HALL |

| **Counsel for Appellant:** | **Counsel for Appellee:** |
|---|---|
| CALVIN DESHON PARKS | JOHN F. HEALEY, JR., DISTRICT ATTORNEY |
| MALONEY & PARKS LLP | JOHN J. HARRITY III, STATE'S APPEAL ATTORNEY |
| 2925 GULF FWY STE 295 | 301 JACKSON STREET |
| LEAGUE CITY TX 77573 | RICHMOND, TEXAS 77469 |
| SBN: 24027592 | MATTHEW BANISTER, PROSECUTOR |
| TELEPHONE: 409-949-4477 | 301 JACKSON STREET |
| FACSIMILE: 866-838-5656 | RICHMOND, TEXAS 77469 |
| E-MAIL: calvinparks@justice.com | SBN: 24043012 |
| | TELEPHONE: 281–341-4460 |
| | E-MAIL: john.harrity@fortbendcountytx.gov |

| Date of Judgment: | FEBRUARY 20, 2015 |
|---|---|
| Nature of Action: | MAN DEL CS PG 1 >= 400G<200G |
| Date Judgment & Sentence Signed by Judge: | FEBRUARY 20, 2015 |
| Disposition of Case: | CONVICTION - NOT GUILTY PLEA JURY VERDICT |
| Jury Trial: | YES |
| Appeals Consolidated Under this Cause: | N/A |
| Companion Cases: | N/A |
| Amount of Appeal Bond: | $.00 |
| Notice of Appeal Filed on: | MARCH 11, 2015 |
| Appellant Confined: | YES |
| Date Sentence Imposed: | FEBRUARY 20, 2015 |
| Punishment Assessed: | YEARS-50 STATE PENITENTIARY TEXAS DEPARTMENT OF CRIMINAL JUSTICE WITH 849 DAYS CREDIT |
| Appellant Counsel was: | APPOINTED |

Signed, on this the 23rd day of March, 2015

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By:_____/s/ Petra Lozano_____
        Deputy District Clerk  Petra Lozano
        Telephone: (281) 341-4502

ELECTRONICALLY SUBMITTED TO THE FOURTEENTH COURT OF APPEALS FOR THE 14TH SUPREME JUDICIAL DISTRICT OF TEXAS, AT HOUSTON, TEXAS ON THIS THE 23RD DAY OF MARCH, 2015.

ENCLOSURE(S): NOTICE OF APPEAL

12-DCR-062011
NOAP
Notice of Appeal
3486510



## NO. <u>12-DCR-062010; 12-DCR-062011</u>

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 268th JUDICIAL DISTRICT |
| | § | |
| WALTER JACKSON, JR. | § | FORT BEND COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Walter Jackson, Jr., Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Walter Jackson, Jr.

Respectfully submitted,

Maloney and Parks, LLP
2925 Gulf Fwy Ste. B #295
League City, Texas 77573
Tel: (409) 949-4477
Fax: (866) 838-5656

By:_____
Calvin D. Parks
State Bar No. 24027592
calvinparks@justice.com
Attorney for Walter Jackson, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, by hand delivery.

_____
Calvin D. Parks

P. Lozano
Date: MAR 2 3 2015

ROUTED TO COURT
RT'D TO D. CLERK